FILED
CLERK, U.S. DISTRICT COURT
7/15/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:25-CR-00596-SVW |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 111(a)(1), (b): Assault on Federal Officer Resulting in Bodily Injury] |
| LUIS DALHET HIPOLITO, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 111(a)(1), (b)]

On or about June 24, 2025, in Los Angeles County, within the Central District of California, defendant LUIS DALHET HIPOLITO intentionally and forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with victim C.C., an employee of the United States Immigration and Customs Enforcement, and in doing so

//

//

made physical contact with C.C., while C.C. was engaged in, and on account of, the performance of C.C.'s official duties, resulting in the infliction of bodily injury to C.C.

                                          A TRUE BILL

                                          /S/_____
                                          Foreperson

BILAL A. ESSAYLI
United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

*Frances D. Lewis* (signature)

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes Section

SOLOMON KIM
Assistant United States Attorney
Major Frauds Section