UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:25-cr-00596-SVW                                              Date: 07/22/2025

Present: The Honorable: Charles F. Eick, United States Magistrate Judge

Interpreter N/A                                                         Language N/A

| Valencia Munroe | CS 07/22/2025 | Mikaela Gilbert Lurie |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

U.S.A. v. Defendant(s)   ✓ Present  Released on Bond        Attorneys for Defendants:  ✓ Present  Retained

Luis Dalhet Hipolito                                                   Steven Kyle Ridgill

**Proceedings: Arraignment of Defendant and/or**   ✓ Assignment of Case    Appointment of Counsel
                                                    Initial Appearance

* Defendant states true name is the name on the Indictment.
* Defendant is arraigned under name on the Indictment.
* Defendant acknowledges having read the Indictment and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the Indictment.
* This case is assigned to Judge Stephen V. Wilson.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 9/9/2025 9:00 AM
* The parties are referred to Judge Wilson's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov.

Judge Wilson is located in 10A, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA        PSAED        PSASA        Initial Appearance/Appointment of Counsel: 00 : 00
  ✓ USMLA        USMED        USMSA
     Statistics Clerk        Interpreter                           Arraignment: 00 : 05
     CJA Supervising Attorney  Fiscal              Initials of Deputy Clerk: VM by CGM