22BILAL A. ESSAYLI
Acting United States Attorney
CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division
SOLOMON KIM (Cal. Bar No. 311466)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2450
     Facsimile: (213) 894-0140
     E-mail:   solomon.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-00596 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| LUIS DALHET HIPOLITO, | **NEW TRIAL DATE: 02-24-26** |
| Defendant. | **NEW PRETRIAL CONFERENCE DATE: 02-02-26** |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on August 29, 2025.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that:  (i) the ends of justice served by the continuance outweigh the best interest of the public and

1  defendant in a speedy trial; (ii) failure to grant the continuance
2  would be likely to make a continuation of the proceeding impossible,
3  or result in a miscarriage of justice; and (iii) failure to grant the
4  continuance would unreasonably deny defendant continuity of counsel
5  and would deny defense counsel the reasonable time necessary for
6  effective preparation, taking into account the exercise of due
7  diligence.
8       THEREFORE, FOR GOOD CAUSE SHOWN:
9       1.   The trial in this matter is continued from September 9,
10 2025 to February 24, 2026.  The pretrial conference hearing is
11 continued to February 2, 206.
12      2.   The time period of the date of the parties' stipulation to
13 February 24, 2026, inclusive, is excluded in computing the time
14 within which the trial must commence, pursuant to 18 U.S.C.
15 §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).
16      3.   Defendant shall appear in Courtroom 10A of the Federal
17 Courthouse, 350 W. 1st Street, Los Angeles, California on February
18 24, 2026 at 9:00 AM.
19 //
20 //
21 //
22
23
24
25
26
27
28

2

4. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

August 29, 2025
DATE

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SOLOMON KIM
Assistant United States Attorney