TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
SOLOMON KIM (Cal. Bar No. 311466)
Assistant United States Attorney
    Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2450
    Facsimile: (213) 894-0104
    E-mail: solomon.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 25-00596-SVW |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SETTING PRETRIAL MOTIONS SCHEDULE |
| v. | |
| LUIS DALHET HIPOLITO, | |
| Defendant. | |

The Court has read and considered the Stipulation Regarding Motions Schedule and orders the following:

1. The pretrial motions schedule is set as follows:

    a. **Motions due:** 2/2/26

    b. **Oppostions due:** 2/9/26

    c. **Replies due:** 2/11/26

//

//

//

    2.    The pretrial conference in this matter is continued from February 2, 2026 to February 18, 2026 at 11:00 a.m.

    IT IS SO ORDERED.

_____      _____
DATE      HONORABLE STEPHEN V. WILSON
                                                             UNITED STATES DISTRICT JUDGE

Presented by:

    /s/
_____
SOLOMON KIM
Assistant United States Attorney